UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VICTOR J. LOBUE, et al.,

    Plaintiffs,

v.

COUNTRYWIDE HOME LOAN, INC., et al.,

    Defendants.

Case No. 14-cv-04878-BLF

**CASE MANAGEMENT ORDER**

On March 19, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 02/04/2016 at 9:00 am. |
| Final Pretrial Conference | 05/26/2016 at 2:30 pm. |
| Trial | 06/13/2016 at 9:00 am. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT Parties are to meet, confer and file a stipulated
6 proposed order regarding the Last Day to Amend Pleadings, Fact Discovery Cut-Off, Disclosure
7 of Expert Reports and Expert Discovery Cut-Off.

Dated: March 19, 2015

_____
BETH LABSON FREEMAN
United States District Judge

2